# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESLEY M. POLLARD, SR., | |
| Plaintiff, | NO. 3:18-CV-2248 |
| v. | (JUDGE CAPUTO) |
| COUNTY OF LUZERNE, *et al.*, | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendants. | |

## ORDER

**NOW**, this 25th day of March, 2019, upon review of the Report and Recommendation of Magistrate Judge Karoline Mehalchick (Doc. 12) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 12) is **ADOPTED**.

(2) The Complaint (Doc. 1) is **DISMISSED without prejudice**.

(3) Plaintiff's Motions for Leave to Proceed *In Forma Pauperis* (Doc. 2; Doc. 10) are **GRANTED**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge